No. 82–1252.   BECTON *v.* DETROIT TERMINAL OF CONSOLIDATED FREIGHTWAYS.   C. A. 6th Cir.   Certiorari denied.

No. 82–1254.   LEWIS *v.* CENTRAL PIEDMONT COMMUNITY COLLEGE.   C. A. 4th Cir.   Certiorari denied.

No. 82–1265.   ILLINOIS *v.* GARCIA.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–1268.   CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON *v.* EGGER, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 82–1284.   KNIGHT ET AL. *v.* NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PENNSYLVANIA, ET AL. C. A. 11th Cir.   Certiorari denied.

No. 82–1288.   AMERICAN BROADCASTING COS., INC. *v.* CLARK.   C. A. 6th Cir.   Certiorari denied.

No. 82–1294.   AZTEC STEEL CO. ET AL. *v.* FLORIDA STEEL CORP.   C. A. 11th Cir.   Certiorari denied.

No. 82–1298.   MCMANUS *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 82–1314.   FOGARTY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–1315.   BUNCH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–1316.   DILEO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.